IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| WORD OF LIFE CHRISTIAN CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHURCH MUTUAL INSURANCE ) <br> COMPANY, SI, ) <br> (Incorrectly sued as Church Mutual ) <br> Insurance Company) ) <br> ) <br> Defendant. ) | Case No. 4:25-cv-4120 <br><br> *Removed from the Circuit Court of* <br> *Rock Island County, Illinois* <br> *Case No. 2025-LA-38* |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, Defendant, CHURCH MUTUAL INSURANCE COMPANY, SI ("Church Mutual") (Incorrectly sued as Church Mutual Insurance Company), hereby removes this action from the Circuit Court of Rock Island County, Illinois to the U.S. District Court for the Central District of Illinois. In support of its Notice of Removal, Defendant, Church Mutual states the following:

**State Court Action & Timely Removal**

1.    On May 19, 2025, Plaintiff, Word of Life Christian Center ("Plaintiff"), filed Case No. 2025-LA-000038 in the Circuit Court of Rock Island County, Illinois. (A true and accurate copy of Plaintiff's Complaint is attached and incorporated as Ex. 1.)

2.    In its Complaint, Plaintiff lodges two causes of action against Church Mutual for breach of contract and violation of Section 155 of the Illinois Insurance Code arising out of Defendant's investigation of Plaintiff's claim for property insurance benefits. (Ex. 1, ¶¶ 17-30)

3.    Specifically, Plaintiff alleges that the property at 1804 7th Ave., Rock Island, Illinois ("the Property"), which was insured by Church Mutual, was damaged by a hail and wind event

that occurred on or about March 31, 2023. (Ex. 1, ¶ 9) Plaintiff further alleges that Defendant breached the policy of insurance when it denied Plaintiff's ensuing claim. (Ex. 1, ¶¶ 17-30)

4. Summons issued on May 21, 2025, and Church Mutual was served with a copy of the Summons and Complaint on May 28, 2025. (See, Ex. 1, pg. 1; *see also,* State Court Docket Sheet, attached and incorporated as Ex. 2)

5. Therefore, "receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" occurred on May 28, 2025, and the removal, which is occurring within 30 days thereof, is timely under 28 U.S.C. § 1446(b)(1).

## Complete Diversity Exists

6. At all times relevant, Plaintiff, Word of Life Christian Center, was and is an Illinois not-for-profit corporation with a principal place of business of 1804 7th Ave., Rock Island, Illinois, and was and is a citizen of the State of Illinois. (Ex. 1, ¶1)

7. While the Complaint names "Church Mutual Insurance Company" as the defendant, the same is not the actual entity that Plaintiff contracted with for insurance coverage.

8. The proper insuring-entity Defendant, Church Mutual Insurance Company, S.I., is the party that issued the underlying policy of insurance that is the subject of Plaintiff's Complaint and is therefore the correct Defendant. (See, a true and accurate copy of the underlying Church Mutual policy of insurance, attached and incorporated herein as Exhibit 3) Specifically, an examination of the Common Policy Declarations of the operative policy of insurance, attached herein, identifies Church Mutual Insurance Company, S.I. as the legal entity issuing the underlying insurance coverage. (Ex. 3, pg. 14)

9. At all times relevant, Defendant, Church Mutual Insurance Company, S.I., was a corporation incorporated under the laws of the State of Wisconsin with its principal place of

business in Merrill, Wisconsin. (See, a true and accurate copy of the Illinois Department of Insurance record for Defendant, attached hereto and incorporated herein as Exhibit 4)

10. Therefore, for jurisdictional purposes, Defendant is a citizen of Wisconsin.

11. The underlying lawsuit is between a Plaintiff-citizen of Illinois and a Defendant-citizen of Wisconsin, and therefore complete diversity exists between the parties pursuant to 28 U.S.C. § 1332(a)(1).

## Amount in Controversy Satisfied

12. Removal is proper where "the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)." Barbers, Hairstyling for Men & Women, Inc. v. Bishop, 132 F.3d 1203, 1205 (7th Cir. 1997).

13. Plaintiff's Complaint contains prayers for relief, seeking an award of at least $2,555,143.24 in damages. (Ex. 1, ¶¶ 12, 21)

14. The Complaint also lodges a count under Section 155, which provides a plaintiff a statutory remedy including reasonable attorney's fees, other costs and an amount not to exceed any of the following amounts: (a) 60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs; (b) $60,000. 215 ILCS 5/155(1).

15. The amount in controversy requirement includes statutory damages available under 215 ILCS 5/155. Remy v. Travelers Home and Marine Ins. Co., 2013 WL 2573952, *2 (N.D. Ill. 2013), citing Stachewicz v. National Union Fire Insurance Co. of Pittsburgh, PA., 2009 WL 3065065 (S.D. Ill. 2009).

16. The Complaint seeks at least $2,555,143.24 in contractual damages, which, after adding in the $60,000 statutory penalty in Section 155, results in an amount in controversy of at least $2,615,143.24.

17. The amount in controversy exceeds $75,000 and satisfies 28 U.S.C. § 1332(a)(1).

### Notice to Plaintiff and State Court

18. Promptly after filing this Notice of Removal, Defendant will give written notice thereof to Plaintiff and the Clerk of the Circuit Court of Rock Island County, Illinois. (See, Notice to State Court and Plaintiff, attached hereto and incorporated herein as Exhibit 5)

### Jury Demand

19. Pursuant to Fed.R.Civ.P.38(b)(1), Defendant demands a trial by jury on all issues triable by jury.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. (Incorrectly sued as Church Mutual Insurance Company), removes this case from the Circuit Court of Rock Island County, Illinois to the U.S. District Court for the Central District of Illinois, for all further proceedings in this matter.

Respectfully Submitted,

**CHURCH MUTUAL INSURANCE COMPANY, S.I.,**

By:    /s/ James P. DuChateau, Esq.
       One of its Attorneys

James P. DuChateau, Esq. / ARDC 6298091
Brandt T. Miller, ARDC 6336399
HEPLER BROOM, LLC
70 W. Madison St., Ste. 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: james.duchateau@heplerbroom.com
Email: brandt.miller@heplerbroom.com
***COUNSEL FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

    I, James P. DuChateau, hereby certify that on June 18, 2025, a true and correct copy of ***Defendant's Notice of Removal*** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have heretofore appeared in this matter.

    /s/ James P. DuChateau